DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEVONSON A. WALKER,**
Appellant,

v.

**CONDOR LUK INVESTMENTS, LLC, GRENADIER LAKES AT WELLBY CONDOMINIUM ASSOCIATION, INC., JOSEPH ZEVULONI,** and **ITA LUK,**
Appellees.

No. 4D22-1596

[March 2, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE-21-015351 (12).

Devonson A. Walker, Sunrise, pro se.

Steven R. Adamsky of Mitrani, Rynor, Adamsky & Toland, P.A., Weston, and Loren H. Cohen of Mitrani, Rynor, Adamsky & Toland, P.A., Miami Beach, for appellee Grenadier Lakes at Wellby Condominium Association, Inc.

Kevin H. Fabrikant of Fabrikant & Associates, PLLC, Hollywood, for appellees Condor Luk Investments, LLC, Joseph Zevuloni, and Ita Luk.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***